# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00484-CV

In the Matter of the Marriage of Terry Mark Sinyard
and Deborah Taylor Sinyard

On appeal from the
County Court at Law of Coryell County, Texas
Judge John R. Lee, presiding
Trial Court Cause No. CCL-25-57063

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

### MEMORANDUM OPINION

Terry Mark Sinyard has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a). Dismissal of this appeal would not prevent any other party from seeking relief to which it would otherwise be entitled. *See id.* The motion is therefore granted, and this appeal is dismissed.

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  January 8, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Dismissed
CV06

